## Trustees of Schools of Township No. 20, Range No. 5, Whiteside County, Illinois, Appellant, v. Central National Bank of Sterling, Illinois, Appellee.

### Gen. No. 9,730.

**660**

Heard in this court at October term, 1941; opinion filed January 14, 1942. Ramsay, Bull & Yost, for appellant; Ward & Ward, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."